1006

[No. 74263-9-I.   Division One.   May 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. A.I., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-8-00280-7, John P. Erlick, J., entered November 3, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Dwyer, JJ.

[No. 74334-1-I.   Division One.   May 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. HANS ERIC HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02234-9, Ellen J. Fair, J., entered November 24, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Dwyer, J.

[No. 74659-6-I.   Division One.   May 22, 2017.]

DAVID ROWE, *Appellant*, v. LONNIE ROSENWALD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-3-01380-1, Palmer Robinson, J., entered December 21, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.

[No. 74707-0-I.   Division One.   May 22, 2017.]

AMY C. GARLING, *Appellant*, v. MARK N. MULDAUR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-29734-3, Richard D. Eadie, J., entered January 11, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Leach, J.